United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **YONEXYS LAUZURIQUE GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00034** |
| | § | |
| **WARDEN, RIO GRANDE PROCESSING** | § | |
| **CENTER, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

### ORDER

Before the Court is Petitioner's Motion to Enforce, (Dkt. 19), seeking to enforce the Court's prior Order, (Dkt 9), granting Petitioner's habeas petition and ordering Respondents to either immediate release Petitioner or conduct a bond hearing under 8 U.S.C. § 1226(a). In the Motion, (Dkt. 19), Petitioner alleged that he was provided with a bond hearing before an Immigration Judge on January 30, 2026, who set an immigration bond for Petitioner in the amount of $10,000. (*Id*. at 1; Dkt. 10.) However, Petitioner also alleged that he had been unable to post the bond through ICE's internal electronic bond processing system. (Dkt. 19 at 2.) The Court issued several Orders, (Dkts. 20, 22), requesting status updates on whether Petitioner's bond payment had been accepted. On February 12, 2026, Petitioner filed an advisory, (Dkt 23), informing the Court that his bond payment had been accepted and that Petitioner was no longer in custody.

Accordingly, Petitioner's Motion to Enforce, (Dkt. 19), is **DENIED** as moot.

IT IS SO ORDERED.

SIGNED this June 25, 2026.

Diana Saldaña
United States District Judge